# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| MORDENTE-BOYLE, LISA G | § § | Case No. 11-17210 |
| Debtor(s) | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRADLEY J. WALLER_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: 11-17210 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: MORDENTE-BOYLE, LISA G | Date Filed (f) or Converted (c): | 04/22/11 (f) |
| | 341(a) Meeting Date: | 06/08/11 |
| For Period Ending: 03/09/12 | Claims Bar Date: | 09/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate at 913 Judy Drive Wilmington, | 175,000.00 | 40,000.00 | | 40,000.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Miscellaneous cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking account at Standard Bank - held in j/t | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Miscellaneous household goods & furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Television set | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Miscellaneous books & pictures | 150.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Miscellaneous wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Miscellaneous jewelry | 700.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. 66 shares in Parkway Imaging Inc | 1.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. 2010 Federal Tax Refund | 1,700.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. Computer & various office equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.38 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $181,151.00 | $40,000.00 | | $40,001.38 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-17210   BB   Judge: BRUCE W. BLACK | |
| Case Name: | MORDENTE-BOYLE, LISA G | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 04/22/11 (f) |
| 341(a) Meeting Date: | 06/08/11 |
| Claims Bar Date: | 09/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12      Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-17210 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MORDENTE-BOYLE, LISA G | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0965  Money Market Account |
| Taxpayer ID No: | *******8207 | | |
| For Period Ending: | 03/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/11 | 1 | Grundy Bank | Compromise per court order of 007/08/11 DEPOSIT CHECK #367737 | 1110-000 | 40,000.00 | | 40,000.00 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 40,000.13 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.14 | 39,969.99 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,970.32 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.39 | 39,890.93 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,891.25 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.44 | 39,803.81 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,804.14 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.78 | 39,722.36 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 39,722.63 |
| 01/26/12 | | Transfer to Acct #*******3226 | Bank Funds Transfer | 9999-000 | | 39,722.63 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,001.38 | 40,001.38 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,722.63 | |
| Subtotal | 40,001.38 | 278.75 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,001.38 | 278.75 | |

Page Subtotals  40,001.38  40,001.38

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-17210 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MORDENTE-BOYLE, LISA G | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3226 Checking Account |
| Taxpayer ID No: | *******8207 | | |
| For Period Ending: | 03/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******0965 | Bank Funds Transfer | 9999-000 | 39,722.63 | | 39,722.63 |

```
                                          COLUMN TOTALS            39,722.63       0.00      39,722.63
                                 Less:  Bank Transfers/CD's         39,722.63       0.00
                                          Subtotal                       0.00       0.00
                                 Less:  Payments to Debtors                         0.00
                                          Net                            0.00       0.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******0965 | 40,001.38 | 278.75 | 0.00 |
| Checking Account - *******3226 | 0.00 | 0.00 | 39,722.63 |
| | ----------------- | ----------------- | ----------------- |
| | 40,001.38 | 278.75 | 39,722.63 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     39,722.63     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.05d

| Page 1 | | *<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 09, 2012 |
|---|---|---|---|---|---|---|

Case Number:   11-17210  
Debtor Name:   MORDENTE-BOYLE, LISA G

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200<br>2200-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Administrative | | $94.75 | $0.00 | $94.75 |
| 1<br>610<br>7100-00 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Unsecured | | $2,265.02 | $0.00 | $2,265.02 |
| 2<br>610<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Unsecured | | $4,737.65 | $0.00 | $4,737.65 |
| 3<br>610<br>7100-00 | First Mutual Financial<br>6563 Wilson Mills Rd<br>Mayfield, OH  44143 | Unsecured | | $3,748.33 | $0.00 | $3,748.33 |
| 4<br>610<br>7100-00 | Harris N.A.<br>200 South Michigan Ave, Ste 1100<br>Chicago, IL  60604 | Unsecured | | $188,280.18 | $0.00 | $188,280.18 |
| 5<br>610<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $41,371.07 | $0.00 | $41,371.07 |
| 6<br>610<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $2,920.36 | $0.00 | $2,920.36 |
| 7<br>610<br>7100-00 | Elan Financial Services<br>P.O. Box 5229<br>Cincinnati, OH  45201 | Unsecured | | $2,874.62 | $0.00 | $2,874.62 |
| 8<br>610<br>7100-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX  75016-8088 | Unsecured | | $541.16 | $0.00 | $541.16 |
| | Case Totals: | | | $246,833.14 | $0.00 | $246,833.14 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17210
Case Name: MORDENTE-BOYLE, LISA G
Trustee Name: BRADLEY J. WALLER

      Balance on hand       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | USAA FEDERAL SAVINGS BANK | $ | $ | $ |
| 2 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 3 | First Mutual Financial | $ | $ | $ |
| 4 | Harris N.A. | $ | $ | $ |
| 5 | American Express Bank, FSB | $ | $ | $ |
| 6 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 7 | Elan Financial Services | $ | $ | $ |
| 8 | American Honda Finance Corporation | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE