# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORDENTE-BOYLE, LISA G | § | Case No. 11-17210 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/09/2012                    By: /s/ Bradley J. Waller
                                                               Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MORDENTE-BOYLE, LISA G  § Case No. 11-17210
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,001.38 |
| and approved disbursements of | $ | 278.75 |
| leaving a balance on hand of[1] | $ | 39,722.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 4,750.14 | $ 0.00 | $ 4,750.14 |
| Trustee Expenses: BRADLEY J. WALLER | $ 94.75 | $ 0.00 | $ 94.75 |

Total to be paid for chapter 7 administrative expenses   $   4,844.89

Remaining Balance   $   34,877.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 246,738.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | USAA FEDERAL SAVINGS BANK | $ 2,265.02 | $ 0.00 | $ 320.17 |
| 2 | FIA CARD SERVICES, N.A. | $ 4,737.65 | $ 0.00 | $ 669.69 |
| 3 | First Mutual Financial | $ 3,748.33 | $ 0.00 | $ 529.85 |
| 4 | Harris N.A. | $ 188,280.18 | $ 0.00 | $ 26,614.37 |
| 5 | American Express Bank, FSB | $ 41,371.07 | $ 0.00 | $ 5,848.01 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 2,920.36 | $ 0.00 | $ 412.81 |
| 7 | Elan Financial Services | $ 2,874.62 | $ 0.00 | $ 406.34 |
| 8 | American Honda Finance Corporation | $ 541.16 | $ 0.00 | $ 76.50 |
| | Total to be paid to timely general unsecured creditors | | $ | 34,877.74 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                                                  Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752-1 | User: corrinal | Date Created: 6/13/2011 |
| Case: 11-17210 | Form ID: ntcftfc7 | Total: 53 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Lisa G Mordente-Boyle | 913 Judy Drive | Wilmington, IL 60481 | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | John A Reed | John A Reed Ltd | 63 W Jefferson St #200 | Joliet, IL 60432 |
| 17172106 | ABC Business Forms | 5654 N. Elston Ave | Chicago, IL 60646 | |
| 17172107 | Adapt-A-Pack | 201 W 6th street | Lockport, IL 60441 | |
| 17172108 | Allied Waste Services | 808 S Joliet Street | Joliet, IL 60436 | |
| 17172109 | American Express | P.O. Box 297812 | Fort Lauderdale, FL 33329-7812 | |
| 17172110 | American Honda Finance | 2170 Point Blvd Ste 100 | Elgin, IL 60123 | |
| 17172112 | BCT | 701 N. Raddant | Batavia, IL 60510 | |
| 17172111 | Bank of America | P. O. Box 15026 | Wilmington, DE 19850 | |
| 17172116 | CSR Industries | 425 Fourth Street | Dundee, IL 60118 | |
| 17172113 | Chase Mastercard | P. O. Box 15298 | Wilmington, DE 19850-5298 | |
| 17172114 | CitiBank | PO Box 6248 | Sioux Falls, SD 57117-6248 | |
| 17172115 | Com Ed CCC | c/o Revenue Mgmt - Bankruptcy Grp | P.O. Box 87522 | Chicago, IL 60680 |
| 17172117 | Digi-Graphics | 30 W 260 Butterfield Rd | Warrenville, IL 60555 | |
| 17172118 | Digital Imaging Resources | 650 W Lakes Street # 120 | Chicago, IL 60661 | |
| 17172119 | Drytac | 5383 Glen Alden Drive | Richmond, VA 23231 | |
| 17172120 | Duraco | 2011 Solution Center | Chicago, IL 60677-2000 | |
| 17172121 | Durst Image Technology US. LLC. | 50 Methodist Hill Drive | Suite 100 | Rochester, NY 14623 |
| 17172122 | Elan Credit Card | P.O. Box 790408 | Saint Louis, MO 63179-0408 | |
| 17172124 | FGL Cleaning Services, Inc. | 612 So Washington Street | Elmhurst, IL 60126 | |
| 17172123 | Fed Ex | 4103 Collection Center Drive | Chicago, IL 60693 | |
| 17172125 | First Mutual Financial | 6563 Wilson Mills Rd | Mayfield, OH 44143 | |
| 17172126 | Great Harvest Bread Corporation | PO Box 2203 | Bigfork, MT 59911 | |
| 17172129 | HSBC/Best Buy | P.O. Box 15521 | Wilmington, DE 19850-5521 | |
| 17172127 | Harris N.A. | 111 W Monroe Street | Chicago, IL 60603-4095 | |
| 17172128 | Home Depot | P.O. Box 6031 | The Lakes, NV 88901-9031 | |
| 17172130 | I-Cut Tools | 801 Geneva Parkway N | Lake Geneva, WI 53147 | |
| 17172131 | Laird Plastics | PO Box 751298 | Charlotte, NC 28275-1298 | |
| 17172132 | Lewis Paper | 2300 Windor Court | Addison, IL 60101 | |
| 17172133 | Megapath Inc. | c/o Illinois Corporation Service | 801 Adlai Stevenson Drive | Springfield, IL 62703 |
| 17172134 | Metlife Term life insurance employe | PO Box 804466 | Kansas City, MO 64180-4466 | |
| 17172135 | Midland Paper | 101 East Palatine | Wheeling, IL 60090 | |
| 17172136 | Nationwide Credit &Collection Inc | 815 Commerce Drive | Suite # 100 | Oak Brook, IL 60523 |
| 17172137 | Orbus | 380 Veterans Parkway | Bolingbrook, IL 60440 | |
| 17172138 | Pakor | 6450 Wedgewood Rd | Suite110 | Osseo, MN 55311 |
| 17172139 | Palos Community Hospital | 12251 S 80th Ave | Palos Heights, IL 60463 | |
| 17172140 | Peter Mordente | 17W350 Scheel Drive | Hinsdale, IL 60521 | |
| 17172141 | Pitman Company | PO Box 402779 | Atlanta, GA 30384-2779 | |
| 17172142 | Precision Roller | 2102 W. Quail Ave | Suite 1 | Phoenix, AZ 85027 |
| 17172143 | Regal Business Machines | 1140 W Washington Blvd | Chicago, IL 60607 | |
| 17172144 | Rohr Litho Inc. | 487 W Fullerton Avenue | Elmhurst, IL 60126 | |
| 17172145 | Shell Fleet | PO Box 183019 | Columbus, OH 43218-3019 | |
| 17172146 | Sitex Realty Group | 351 West Hubbard Street | Suite # 304 | Chicago, IL 60654 |
| 17172147 | Smith Koelling Dykstra &Ohm | 1605 N. Convent | Bourbonnais, IL 60914 | |
| 17172148 | Standard Bank &Trust | 1396 Heritage Drive | Morris, IL 60450 | |
| 17172149 | Starmark Employee Health Insurance | 75 Remittance Drive | Suite 3087 | Chicago, IL 60675-3087 |
| 17172151 | USAA Federal Savings Bank | 10750 Mcdermott Fwy | San Antonio, TX 78288-0570 | |
| 17172150 | Uline | 2200 S Lakeside Drive | Waukegan, IL 60085 | |
| 17172152 | Will County Treasurer | 302 N Chicago Street | Joliet, IL 60432 | |
| 17172153 | Yellow Page USA | Open Business Directory Ltd | One Post Office Square # 3600 | Boston, MA 02109 |
| 17172154 | Zund America | 5068 West Ashland Way | Franklin, WI 53132 | |

TOTAL: 53