## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORDENTE-BOYLE, LISA G | § | Case No. 11-17210 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>CLERK OF THE UNITED STATES BANKRUPTCY COURT
>NORTHERN DISTRICT OF IL/EASTERN DIVISION
>219 S. DEARBORN STREET
>CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
>Will County Court Annex
>57 N. Ottawa
>Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/09/2012                By: /s/ Bradley J. Waller
                                              Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| MORDENTE-BOYLE, LISA G | § § | Case No. 11-17210 |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,001.38 |
| and approved disbursements of | $ | 278.75 |
| leaving a balance on hand of[1] | $ | 39,722.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 4,750.14 | $ 0.00 | $ 4,750.14 |
| Trustee Expenses: BRADLEY J. WALLER | $ 94.75 | $ 0.00 | $ 94.75 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,844.89 |
| Remaining Balance | $ | 34,877.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 246,738.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | USAA FEDERAL SAVINGS BANK | $ 2,265.02 | $ 0.00 | $ 320.17 |
| 2 | FIA CARD SERVICES, N.A. | $ 4,737.65 | $ 0.00 | $ 669.69 |
| 3 | First Mutual Financial | $ 3,748.33 | $ 0.00 | $ 529.85 |
| 4 | Harris N.A. | $ 188,280.18 | $ 0.00 | $ 26,614.37 |
| 5 | American Express Bank, FSB | $ 41,371.07 | $ 0.00 | $ 5,848.01 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 2,920.36 | $ 0.00 | $ 412.81 |
| 7 | Elan Financial Services | $ 2,874.62 | $ 0.00 | $ 406.34 |
| 8 | American Honda Finance Corporation | $ 541.16 | $ 0.00 | $ 76.50 |

    Total to be paid to timely general unsecured creditors    $ 34,877.74

    Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                    Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752-1         User: corrinal              Date Created: 6/13/2011
Case: 11-17210              Form ID: ntcftfc7            Total: 53

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Lisa G Mordente-Boyle | 913 Judy Drive | Wilmington, IL 60481 | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | John A Reed | John A Reed Ltd | 63 W Jefferson St #200 | Joliet, IL 60432 |
| 17172106 | ABC Business Forms | 5654 N. Elston Ave | Chicago, IL 60646 | |
| 17172107 | Adapt-A-Pack | 201 W 6th street | Lockport, IL 60441 | |
| 17172108 | Alllied Waste Services | 808 S Joliet Street | Joliet, IL 60436 | |
| 17172109 | American Express | P.O. Box 297812 | Fort Lauderdale, FL 33329-7812 | |
| 17172110 | American Honda Finance | 2170 Point Blvd Ste 100 | Elgin, IL 60123 | |
| 17172112 | BCT | 701 N. Raddant | Batavia, IL 60510 | |
| 17172111 | Bank of America | P. O. Box 15026 | Wilmington, DE 19850 | |
| 17172116 | CSR Industries | 425 Fourth Street | Dundee, IL 60118 | |
| 17172113 | Chase Mastercard | P. O. Box 15298 | Wilmington, DE 19850-5298 | |
| 17172114 | CitiBank | PO Box 6248 | Sioux Falls, SD 57117-6248 | |
| 17172115 | Com Ed CCC | c/o Revenue Mgmt - Bankruptcy Grp | P.O. Box 87522 | Chicago, IL 60680 |
| 17172117 | Digi-Graphics | 30 W 260 Butterfield Rd | Warrenville, IL 60555 | |
| 17172118 | Digital Imaging Resources | 650 W Lakes Street # 120 | Chicago, IL 60661 | |
| 17172119 | Drytac | 5383 Glen Alden Drive | Richmond, VA 23231 | |
| 17172120 | Duraco | 2011 Solution Center | Chicago, IL 60677-2000 | |
| 17172121 | Durst Image Technology US. LLC. | 50 Methodist Hill Drive | Suite 100 | Rochester, NY 14623 |
| 17172122 | Elan Credit Card | P.O. Box 790408 | Saint Louis, MO 63179-0408 | |
| 17172124 | FGL Cleaning Services, Inc. | 612 So Washington Street | Elmhurst, IL 60126 | |
| 17172123 | Fed Ex | 4103 Collection Center Drive | Chicago, IL 60693 | |
| 17172125 | First Mutual Financial | 6563 Wilson Mills Rd | Mayfield, OH 44143 | |
| 17172126 | Great Harvest Bread Corporation | PO Box 2203 | Bigfork, MT 59911 | |
| 17172129 | HSBC/Best Buy | P.O. Box 15521 | Wilmington, DE 19850-5521 | |
| 17172127 | Harris N.A. | 111 W Monroe Street | Chicago, IL 60603-4095 | |
| 17172128 | Home Depot | P.O. Box 6031 | The Lakes, NV 88901-9031 | |
| 17172130 | I-Cut Tools | 801 Geneva Parkway N | Lake Geneva, WI 53147 | |
| 17172131 | Laird Plastics | PO Box 751298 | Charlotte, NC 28275-1298 | |
| 17172132 | Lewis Paper | 2300 Windor Court | Addison, IL 60101 | |
| 17172133 | Megapath Inc. | c/o Illinois Corporation Service | 801 Adlai Stevenson Drive | Springfield, IL 62703 |
| 17172134 | Metlife Term life insurance employe | PO Box 804466 | Kansas City, MO 64180-4466 | |
| 17172135 | Midland Paper | 101 East Palatine | Wheeling, IL 60090 | |
| 17172136 | Nationwide Credit &Collection Inc | 815 Commerce Drive | Suite # 100 | Oak Brook, IL 60523 |
| 17172137 | Orbus | 380 Veterans Parkway | Bolingbrook, IL 60440 | |
| 17172138 | Pakor | 6450 Wedgewood Rd | Suite110 | Osseo, MN 55311 |
| 17172139 | Palos Community Hospital | 12251 S 80th Ave | Palos Heights, IL 60463 | |
| 17172140 | Peter Mordente | 17W350 Scheel Drive | Hinsdale, IL 60521 | |
| 17172141 | Pitman Company | PO Box 402779 | Atlanta, GA 30384-2779 | |
| 17172142 | Precision Roller | 2102 W. Quail Ave | Suite 1 | Phoenix, AZ 85027 |
| 17172143 | Regal Business Machines | 1140 W Washington Blvd | Chicago, IL 60607 | |
| 17172144 | Rohr Litho Inc. | 487 W Fullerton Avenue | Elmhurst, IL 60126 | |
| 17172145 | Shell Fleet | PO Box 183019 | Columbus, OH 43218-3019 | |
| 17172146 | Sitex Realty Group | 351 West Hubbard Street | Suite # 304 | Chicago, IL 60654 |
| 17172147 | Smith Koelling Dykstra &Ohm | 1605 N. Convent | Bourbonnais, IL 60914 | |
| 17172148 | Standard Bank &Trust | 1396 Heritage Drive | Morris, IL 60450 | |
| 17172149 | Starmark Employee Health Insurance | 75 Remittance Drive | Suite 3087 | Chicago, IL 60675-3087 |
| 17172151 | USAA Federal Savings Bank | 10750 Mcdermott Fwy | San Antonio, TX 78288-0570 | |
| 17172150 | Uline | 2200 S Lakeside Drive | Waukegan, IL 60085 | |
| 17172152 | Will County Treasurer | 302 N Chicago Street | Joliet, IL 60432 | |
| 17172153 | Yellow Page USA | Open Business Directory Ltd | One Post Office Square # 3600 | Boston, MA 02109 |
| 17172154 | Zund America | 5068 West Ashland Way | Franklin, WI 53132 | |

TOTAL: 53

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-17210-BWB
Lisa G Mordente-Boyle                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: corrinal              Page 1 of 3              Date Rcvd: Mar 20, 2012
                               Form ID: pdf006             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2012.
```
db         +Lisa G Mordente-Boyle,    913 Judy Drive,    Wilmington, IL 60481-1655
17172107   +Adapt-A-Pack,    201 W 6th street,    Lockport, IL 60441-3199
17172108   +Alllied Waste Services,    808 S Joliet Street,    Joliet, IL 60436-2716
17172109    American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
17616590    American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
17172112   +BCT,   701 N. Raddant,    Batavia, IL 60510-4218
17172116   #+CSR Industries,    425 Fourth Street,    Dundee, IL 60118-1308
17172113    Chase Mastercard,    P. O. Box 15298,    Wilmington, DE 19850-5298
17172114    CitiBank,    PO Box 6248,    Sioux Falls, SD 57117-6248
17172115   +Com Ed CCC,    c/o Revenue Mgmt - Bankruptcy Grp,    P.O. Box 87522,    Chicago, IL 60680-0522
17172117   +Digi-Graphics,    30 W 260 Butterfield Rd,    Warrenville, IL 60555-1554
17172118   +Digital Imaging Resources,    650 W Lakes Street # 120,    Chicago, IL 60661-1027
17172120    Duraco,   2011 Solution Center,    Chicago, IL 60677-2000
17172121   +Durst Image Technology US. LLC.,    50 Methodist Hill Drive,    Suite 100,
             Rochester, NY 14623-4268
17172122    Elan Credit Card,    P.O. Box 790408,    Saint Louis, MO 63179-0408
17172124   +FGL Cleaning Services, Inc.,    612 So Washington Street,    Elmhurst, IL 60126-4347
17444431    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17172125   ++FIRST MUTUAL FINANCIAL,   6563 WILSON MILLS RD STE 105,    MAYFIELD VILLAGE OH 44143-3409
             (address filed with court: First Mutual Financial,    6563 Wilson Mills Rd,    Mayfield, OH 44143)
17172123   +Fed Ex,    4103 Collection Center Drive,    Chicago, IL 60693-0041
17172126   +Great Harvest Bread Corporation,    PO Box 2203,    Bigfork, MT 59911-2203
17172127   +Harris N.A.,    200 South Michigan Ave, Ste 1100,    Chicago, IL 60604-2461
17172128    Home Depot,    P.O. Box 6031,    The Lakes, NV 88901-9031
17172130   +I-Cut Tools,    801 Geneva Parkway N,    Lake Geneva, WI 53147-4562
17172131   +Laird Plastics,    PO Box 751298,    Charlotte, NC 28275
17172132   +Lewis Paper,    2300 Windor Court,    Addison, IL 60101-1491
17172133   +Megapath Inc.,    c/o Illinois Corporation Service,    801 Adlai Stevenson Drive,
             Springfield, IL 62703-4261
17172134    Metlife Term life insurance employe,    PO Box 804466,    Kansas City, MO 64180-4466
17172135   +Midland Paper,    101 East Palatine,    Wheeling, IL 60090-6512
17172136   #+Nationwide Credit & Collection Inc,    815 Commerce Drive,    Suite # 100,
             Oak Brook, IL 60523-8839
17172137   +Orbus,   380 Veterans Parkway,    Bolingbrook, IL 60440-4667
17172138   +Pakor,   6450 Wedgewood Rd,    Suite110,    Osseo, MN 55311-3645
17172139   +Palos Community Hospital,    12251 S 80th Ave,    Palos Heights, IL 60463-0930
17172140   +Peter Mordente,    17W350 Scheel Drive,    Hinsdale, IL 60527-6012
17172141    Pitman Company,    PO Box 402779,    Atlanta, GA 30384-2779
17172142   +Precision Roller,    2102 W. Quail Ave,    Suite 1,   Phoenix, AZ 85027-2656
17172143   +Regal Business Machines,    1140 W Washington Blvd,    Chicago, IL 60607-2021
17172144   +Rohr Litho Inc.,    487 W Fullerton Avenue,    Elmhurst, IL 60126-1404
17172145    Shell Fleet,    PO Box 183019,    Columbus, OH 43218-3019
17172146   +Sitex Realty Group,    351 West Hubbard Street,    Suite # 304,    Chicago, IL 60654-4466
17172147   +Smith Koelling Dykstra & Ohm,    1605 N. Convent,    Bourbonnais, IL 60914-1092
17172148   +Standard Bank & Trust,    1396 Heritage Drive,    Morris, IL 60450-1614
17172149    Starmark Employee Health Insurance,    75 Remittance Drive,    Suite 3087,   Chicago, IL 60675-3087
17690413   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    P.O. Box 5229,    Cincinnati, OH 45201)
17172151    USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-0570
17172150   +Uline,   2200 S Lakeside Drive,    Waukegan, IL 60085-8311
17172152   +Will County Treasurer,    302 N Chicago Street,    Joliet, IL 60432-4059
17172153   +Yellow Page USA,    Open Business Directory Ltd,    One Post Office Square # 3600,
             Boston, MA 02109-2195
17172154   +Zund America,    5068 West Ashland Way,    Franklin, WI 53132-8177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17172106   +E-mail/Text: accounting@abcprint.com Mar 21 2012 02:28:06     ABC Business Forms,
             5654 N. Elston Ave,    Chicago, IL 60646-6599
17172110    E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 21 2012 01:56:54     American Honda Finance,
             2170 Point Blvd Ste 100,    Elgin, IL 60123
17735084    E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 21 2012 01:56:54
             American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
             Irving, TX 75016-8088
17172119   +E-mail/Text: timrader@drytac.com Mar 21 2012 03:09:18     Drytac,    5383 Glen Alden Drive,
             Richmond, VA 23231-4343
17685152   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 21 2012 01:36:22
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17425015   +E-mail/Text: bncmail@w-legal.com Mar 21 2012 03:14:16     USAA FEDERAL SAVINGS BANK,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 6
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3                   Date Rcvd: Mar 20, 2012
                              Form ID: pdf006             Total Noticed: 54
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17172111   ##+Bank of America,   P. O. Box 15026,   Wilmington, DE 19850-5026
17172129    ##HSBC/Best Buy,   P.O. Box 15521,   Wilmington, DE 19850-5521
                                                                                           TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: Mar 20, 2012
                              Form ID: pdf006             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2012 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
          John A Reed    on behalf of Debtor Lisa Mordente-Boyle barbf@thebankruptcylaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston    on behalf of Plaintiff  FIA Card Services, N.A. richardr@w-legal.com,
           angelan@w-legal.com;adaml@w-legal.com

                                                                                                                                                 TOTAL: 4